LAED 247 (Rev. 12/14) Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)   Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the

Eastern District of Louisiana

| | |
|---|---|
| United States of America<br>v.<br>Dimitrios Manolatos<br>Date of Original Judgment: 07/10/2002<br>Dates of Previous Amended Judgments/Orders: | Case No: 01-156<br>USM No: 27514-034<br>Gary Schwabe<br>*Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.  ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment or order issued)* of __240__ months as to count __1 and 2__ **is reduced to** __190__ **months**.

### I. COURT DETERMINATION OF GUIDELINE RANGE *(Prior to Any Departures)*

Previous Total Offense Level: __38__  as of __7/10/2002__   Amended Total Offense Level: __36__
Criminal History Category: __I__             Criminal History Category: __I__
Previous Guideline Range: __235__ to __293__ months   Amended Guideline Range: __188__ to __235__ months

***(Complete Part II of Page 2 when motion is granted)***
**COMMENTS AND/OR REASONS FOR GRANTING OR DENYING REDUCTION** *(For Public Disclosure)*

Just as in the original judgment, the terms of imprisonment shall run concurrently.

Except as otherwise provided, all provisions of the judgment dated __07/10/2002__ shall remain in effect.
**IT IS SO ORDERED**.

Order Date: __04/23/2015__

*[signature: Eldon E. Fallon]*
*Judge's signature*

Effective Date: __11/01/2015__           U.S. District Judge Eldon E. Fallon
*(No earlier than Nov. 1, 2015, for Amd. 782*           *Printed name and title*
*sentence reductions.)*